UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Southern District of Texas
FILED

DEC 2 2 2010

David J. Bradley, Clerk of Court

**OFFICE OF THE CLERK**
**U.S. DISTRICT COURT**
**P. O. BOX 61010**
**HOUSTON, TEXAS 77208-1010**

CA H-10-5007

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |

1. Article Addressed to:

Steven Reynolds
118 E. Cano, Ste 200
Edinburg, TX 78539

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7009 1680 0001 9896 4068

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540