AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| CHIA MENG CO. LTD. <br><br> *Plaintiff* <br><br> v. <br> REYNOLDS SHIPPING USA, LLC, RSUSA LLC, <br> SCR TRUST, and STEVEN REYNOLDS <br><br> *Defendant* | Civil Action No. 4:10cv05007 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven Reynolds
118 E. Cano, Suite 200
Edinburg, TX 78539

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Marc G. Matthews
marc.matthews@phelps.com
PHELPS DUNBAR LLP
700 Louisiana Street, Suite 2600
Houston, TX 77002
Tel.: 713-626-1386; Fax: 713-626-1388

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: JAN 1 2 2011

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

CASE NO. 410CV05007  COURT:
                                            Clt. Ref.#

CHIA MENG CO. LTD.

VS.

REYNOLDS SHIPPING USA, LLC; RSUSA LLC; SCR TRUST; AND
STEVENS REYNOLDS

The documents below came to hand for service on 01/13/11   Time: 08:26:2 o'clock.

Documents received for service:

**SUMMONS, ORIGINAL COMPLAINT AND MOTION FOR TRO AND
PRELIMINARY INJUNCTION, ORDER GRANTING MOTION FOR TRO,
ORDER EXTENDING TRO, ORDER GRANTING PRELIMINARY INJUNCTION**

The documents listed above were executed on 01/18/11

at: 118 E Cano Suite 200
    Edinburg TX 78539

the defendant's usual mailing address, by delivering to the within named:

**Reynolds, Steven**

by certified mail. Return receipt with signature thereon is attached hereto; each

a true copy of the documents listed above and endorsed on such the date of mailing.

I, am over the age of eighteen, not a party to nor interested in the outcome of the

above numbered suit and am authorized by written order of the court to serve citations

and other notices.

Service Fee $ _____
                                Monica M Krejci
                                Texas Certification#: SCH-3911
                                Professional Civil Process Houston
                                1500 McGowen Ste. 140

                                Houston TX 77004

STATE OF TEXAS  }

## VERIFICATION

On this day Monica M Krejci appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct. Given my hand and seal of office this ___ day of _____ 2011.

PCP Inv. #H11100768    monicak

AX02H11100768

NOTARY PUBLIC FOR THE STATE OF TEXAS
S. GONZALEZ
Notary Public, State of Texas
My Commission Expires
08/29/2012

| | |
|---|---|
| 2. Article Number<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7160 3901 9848 7171 7896 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>Anjelica M Palacios   1-28-11<br>C. Signature<br>X _(signature)_   ☑ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:
Reynolds, Steven

118 E Cano Suite 200
Edinburg TX 78539

PS Form 3811, January 2005       Domestic Return Receipt