UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIA MENG CO. LTD. | § | |
| | § | |
| v. | § | C.A. NO. 4:10cv5007 |
| | § | |
| REYNOLDS SHIPPING USA, LLC; | § | |
| RSUSA LLC; SCR TRUST; and STEVEN | § | Admiralty Rule 9(h) |
| REYNOLDS | § | |
| | § | |
| | § | |

## ORDER

On this day came to be considered Chia Meng Co. Ltd.'s Unopposed Motion for Entry of Default and for Default Judgment. Having considered the Motion, any Responses thereto and the arguments of counsel, if any, the Court is of the opinion that the same should be granted in its entirety.

The records in the above-entitled action show that Summons issued on Chia Meng Co. Ltd.'s Original Complaint has been served upon Defendants Steven Reynolds; Reynolds Shipping USA, LLC; RSUSA, LLC; and SCR Trust, and that Defendants have not answered, made any appearance, or otherwise attempted to defend themselves against Chia Meng Co. Ltd.'s Original Complaint. Default is therefore appropriate against Defendants Steven Reynolds; Reynolds Shipping USA, LLC; RSUSA, LLC; and SCR Trust.

It is therefore ORDERED that the Clerk is to enter default against Defendants Steven Reynolds; Reynolds Shipping USA, LLC; RSUSA, LLC; and SCR Trust in favor of Plaintiff Chia Meng Co. Ltd.

It is further ORDERED that Plaintiff Chia Meng Co. Ltd. is granted Default Judgment against Defendants Steven Reynolds; Reynolds Shipping USA, LLC; RSUSA, LLC; and SCR Trust, jointly and severally. Defendants are jointly and severally liable to Chia Meng Co. Ltd. for the amount of $2,032,931.08, plus judicial interest at the rate of 0.27% per annum until the time of final satisfaction of said judgment.

The preliminary injunction entered in this matter is to remain in full force and effect up until the date that this judgment and all interest accrued thereon is satisfied in full.

SIGNED this ___30th___ day of __November__ , 2011.

_____

UNITED STATES DISTRICT JUDGE